FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Alma Castillo Johnson

**BANKRUPTCY NO.** 2:10–bk–50238–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8293
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 10/7/10

**Address:**
6481 W 77th St
Los Angeles, CA 90045

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: October 7, 2010

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**10 / NV**